UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR10197MLW |
| v. ) | Count One: |
| ) | 8 U.S.C. § 1326(a) |
| JUAN RIVERA-ALVARADO, ) | (Illegal Re-entry of Deported |
| ) | Alien) |
| ) | Count Two: |
| ) | 18 U.S.C. § 1028(a)(6) |
| ) | (Possession of Fraudulent U.S. |
| ) | Identification Documents) |

**INDICTMENT**

**COUNT ONE:**     8 U.S.C. § 1326(a) -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about June 8, 2004, at Brighton, in the District of Massachusetts,

**JUAN RIVERA ALVARADO**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

**COUNT TWO:**   18 U.S.C. § 1028(a)(6) -- Possession of Fraudulent United States identification documents

The Grand Jury further charges:

On or about June 8, 2004, in Brighton, in the District of Massachusetts,

**JUAN RIVERA ALVARADO,**

the defendant herein, did knowingly possess identification documents that appear to be identification documents of the United States, to wit, an alien registration card and a social security account number card, which were produced without lawful authority, knowing that such documents were produced without such authority.

All in violation of Title 18, United States Code, Section 1028(a)(6).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS @ 2:03pm on July 7, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk