IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          :
                                  :        CRIMINAL ACTION
          v.                      :
                                  :        04-10197-MLW
JUAN RIVERA ALVARADO              :


JOINT MOTION TO CONTINUE DETENTION HEARING

     The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and Charles Rankin, Esq., counsel for the defendant, files this Joint Motion to Continue the Detention Hearing as follows:

     1.  The detention hearing on the above-captioned case was scheduled for and began on July 15, 2004.  The hearing was not completed at that session and a continuation of the hearing was scheduled for the afternoon of Monday, July 19, 2004.

     2.  That date and time conflicted with another court appearance for counsel for the government who requested a further continuance until a date and time convenient for the parties. Counsel for the defendant agreed that the hearing could be continued. Currently, all parties can be present for the continued hearing on Thursday, July 22, 2004 at 2:00 p.m.

     3.  As the government's motion for detention has required a hearing which is not yet completed, the time from the date of the

motion until the completion should be excluded from speed trial calculations pursuant to 18 U.S.C. §3161 (h)(1)(F).


                                        Respectfully submitted,


For the Defendant:              MICHAEL J. SULLIVAN
JUAN RIVERA ALVARADO            United States Attorney



/s/ Charles Rankin, Esq.        By:  /s/ Nadine Pellegrini
CHARLES RANKIN, ESQ.            NADINE PELLEGRINI
Rankin & Sultan                Assistant U.S. Attorney
One Commercial Wharf North
Boston, MA 02110