✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES<br>V.<br>JUAN RIVERA-ALVARADO | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04-10197-MLW |
|---|---|

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>NADINE PELLEGRINI | DEFENDANT'S ATTORNEY<br>CHARLES RANKIN |
|---|---|---|
| TRIAL DATE (S)<br>7/15/04, 7/22/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 7/15/04 |   |   | SP. AGENT ELIZABETH POLETTE |
| 1 |   | 7/15/04 | X | X | WARRANT FOR DEPORTATION |
| 2 |   | 7/15/04 | X | X | NOTICE OF INTENT/DECISION OF REINSTATE PRIOR ORDER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1      Pages