AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| JUAN RIVERA-ALVARADO | **04CR 1 0 1 9 7 MLW** |
| | CASE NUMBER: |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN RIVERA-ALVARADO
                                      Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

Illegal Re-entry of Deported Alien and Possession of Fraudulent U.S. Identification Documents

in violation of Title   8   United States Code, Section(s)   1326(a) and 18 USC Section 1028(a)(6)

Catherine M. Sawlik
Name of Issuing Officer

Catherine M. Sawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

7-8-04   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 7/12/04 | ATF | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | | | |

This form was electronically produced by Elite Federal Forms, Inc.