UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        Criminal No. 04-10197-MLW

v.

JUAN RIVERA-ALVARADO

REPORT ON INITIAL STATUS CONFERENCE

COHEN, M.J.

On August 10, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense: None

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense: None

3. Anticipated supplemental discovery

   For the government: Fingerprint examination
   For the defense:    None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

5. Applicable periods of excludable delay under Speedy Trial Act

   The government requests that the time from the date of the arraignment until the date of the initial status conference be excluded.

6. Trial is/is not anticipated. Estimated duration of trial is approximately four days. UNKNOWN

7. Other matters:

   For the government: None
   For the defense: NONE

A motion date pursuant to Fed. R. Crim. P. 12(c) has/has not been established. The motion date is set for

An Interim Status Conference has/has not been scheduled.

_____
Charles Rankin, Esq.
Counsel for the Defendant

_____
William Connolly, Esq.
Assistant U.S. Attorney