# ATTACHMENT

# EXHIBIT A

AO 199A (Rev. 3/87) Order Setting Conditions of Release                                          Page 1 of 3 Pages

# United States District Court

DISTRICT OF MA

UNITED STATES OF AMERICA

v.

Juan Rivera Alvarado
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 04-10197-MLW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _____
                                                                                                            Place
_____ on _____
                             Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(✓) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
Ten Thousand dollars ($10,000)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

AO199B (Rev.8/97) Additional Conditions of Release    Page __2__ of __3__ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) __197 Cambridge St__
(City and state) __Allston, MA__ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: X __Juan A. Rivera__
Custodian or Proxy

( ) (7) The defendant shall:
( ) (a) maintain or actively seek employment.
( ) (b) maintain or commence an educational program.
(X) (c) abide by the following restrictions on his personal associations, place of abode, or travel: __May leave area for appointments pre approved by Pretrial Services and 911 emergencies.__
( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____
( ) (e) report on a regular basis to the supervising officer.
( ) (f) comply with the following curfew: _____
(X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (h) refrain from excessive use of alcohol.
( ) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows: _____
(X) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property __Ten Thousand Dollars__
( ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
( ) (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
(X) (o) surrender any passport to _____
(X) (p) obtain no passport.
(X) (q) submit to urine analysis testing upon demand of the supervising officer. __& other random testing__
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
(X) (s) submit to an electronic monitoring program as directed by the supervising officer.
(X) (t) __Deft to reside @ 197 Cambridge St., Allston, MA. Notify Pretrial Services of an arrest within 24 hrs.__

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHALL

AO 199C (Rev. 8/94) Advice of Penalties ...                                Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND

A violation of any of the foregoing conditions of release may result in immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X *Juan A Rivera*
Signature of defendant

197 Cambridge St.
Address

Allston, MA
City and State                    Telephone

### Directions to United States Marshal

[✓] The defendant is ORDERED released after processing.
[ ] The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: July 22, 2004

*Marianne B. Bowler USMJ*
Signature of Judicial Officer

MARIANNE B. BOWLER
Chief United States Magistrate Judge
Name and Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

Case No: BOS0406000129
File No. A077 240 715
Date: July 9, 2004

To: (Name and title of institution)
US MARSHALS, BOSTON, MA
1 COURT HOUSE WAY
BOSTON, MA 02210

From: (INS office address)
BOSTON, MA, DISTRICT OFFICE
DISTRICT DIRECTOR
JOHN F. KENNEDY FEDERAL BUILDING
Boston, MA 02203

Name of alien: RIVERA-ALVARADO, Juan Antonio

Date of birth: 12/08/1975    Nationality: HONDURAS    Sex: M

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)
☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 617-565-3304 during business hours or 617-989-6621 after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to _____ (Area code and facsimile number)
Return fax to the attention of _____ (Name of INS officer handling case), at _____ (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

ELIZABETH POLEET  (Signature of INS official)    SPECIAL AGENT (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____ 7-12-04

# EXHIBIT C

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Intent/Decision to Reinstate Prior Order

File No. A077 240 715
Case No: BOS0406000129
Date: June 8, 2004

Name: Juan Antonio RIVERA-ALVARADO

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of __Removal__ entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __June 1, 1998__ at
(Date)
__Houston, Texas__
(Location)

2. You have been identified as an alien who:

   [X] was removed on __June 29, 1998__ pursuant to an order of deportation / exclusion / removal.
   (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __Unknown Date__ at or near __Brownsville, TX__
(Date)                                                                  (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

The facts that formed the basic of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the __SPANISH__ language.

PAUL JORDAN                                           SSA [signature]
(Printed or typed name of official)                   (Signature of officer)

                                                      SENIOR SPECIAL AGENT
                                                      (Title of officer)

## Acknowledgment and Response

I [ ] do [X] do not wish to make a statement contesting this determination.

6/8/04                                                X Juan A Rivera
(Date)                                                (Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determine that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

June 8, 2004          BOSTON, MA                      [signature]
(Date)                (Location)                      (Signature of authorized deciding INS official)

~~BRUCE CHADBOURNE~~ CHERYL BASSETT                   ~~INTERIM FIELD DIRECTOR~~ Supervisory Special Agent
(Printed or typed name of official)                   (Title)

Form I-871 (Rev. 6-5-

# EXHIBIT D



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement

JFK Federal Bldg
Boston, MA 02203

Thursday, June 24, 2004

Consulate-General of Honduras
35 West 35th Street
6th Floor
New York NY, 10001

Ref: A 077-240-715

Dear Sir/Madam:

Herewith is personal data relating to Juan RIVERA-Alvarado, a national of Honduras, for whom travel document facilities are desired.

The subject is presently incarcerated by this Service and we are ready to complete the deportation proceedings in this case. Therefore, it would be greatly appreciated if you would expedite the issuance of a travel document.

Should you need additional information, please contact Claudia English at (617)565-1566.

Thank you for your assistance and cooperation in this matter.

Sincerely,

Bruce E. Chadbourne
Field Office Director
New England Field Office

Enclosures:

4 photographs
4 copies information for travel docu[ment]
1 copy of Order to Show Cause/Noti[ce]
1 copy of Decision of Immigration J[udge]
1 Warrant of Deportation/Removal
Passport



# EXHIBIT E



# CONSULATE GENERAL OF HONDURAS
# NEW YORK
★ ★ ★ ★ ★

35 West 35th Street, 6 Floor, New York, NY 10001
Tel.: (212)714-9450  •  Fax: (212) 714-9453

Yo Antonieta Maximo, Consul General de Honduras en la ciudad New York, Estado de New York, Estados unidos de Norte America, concede Salvo Conducto al Señor.

### JUAN ANTONIO RIVERA ALVARADO

**FILIACION**

| | |
|---|---|
| Lugar de Nacimiento | Cololoca, Lempira |
| Fecha de Nacimiento | 8 de Diciembre 1975 |
| Profesión u Oficio | Obrero |
| Estado Civil | Casado |
| Pelo | Negro |
| Ojos | Café Oscuro |
| Color de Tez | Trigueño |
| Estatura | 1.75 Mts |
| Señas Particulares | Ninguna |

Se extiende el presente documento de conformidad, al Articulo 19 de la Ley de pasaportes de Honduras, El titular no presento ningun Documento de Identificación por lo que procedimos a interrogarlo y cumplio con lo Solicitado.

Este Consulado ruega a las Autoridades ( del Pais receptor) y Hondureñas aceptar este documento como pasaporte provisional.

New York, N.Y. 11 de Agosto de 2004



Antonieta Maximo
Cónsul General

**Este documento vence el : 11 de Septiembre 2004**

**Government Services**

**Un-Escorted Government Travel Reservation Form**

Please be sure to complete all applicable boxes. You will receive follow up and confirmation of your travel within 24 hours.

Total # of Aliens:

| | |
|---|---|
| Date | 8/17/2004 8:16:03 AM    Expedite Request ☐ |
| Supervisor/POC Name | Alex Godinez |
| Daytime Phone | 617 565 1632    Fax [ ]    Email Alex.Godinez@dhs.go |
| District Office: | Boston |

## Alien 0

### Alien Information

| | |
|---|---|
| Alien First Name | Rodas    Middle [ ] |
| Alien Last Name | Alvarado |
| Nationality | Honduras |
| Alien Date of Birth and place: | 10/20/68 |
| Alien Gender | ☑ Male  ☐ Female |
| Security Classification | ● Confidential  ○ Top Secret  ○ Secret |
| Alien Number | A76 317 829 |
| Alien Travel Document | issued by the Consulate in New York |
| Grounds for removal: | reentry |
| Justification | |

## Alien 1

### Alien Information

| | |
|---|---|
| Alien First Name | Juan    Middle [ ] |
| Alien Last Name | Rivera |
| Nationality | Honduras |
| Alien Date of Birth and place: | 12/08/75 |
| Alien Gender | ☑ Male  ☐ Female |
| Security Classification | |

UN-Escort Reservation Form                                                        Page 2 of 3

⦿ Confidential   ◯ Top Secret   ◯ Secret

| | |
|---|---|
| Alien Number | A77 240 715 |
| Alien Travel Document | Issued by the Consulate in New York |
| Grounds for removal: | reentry |
| Justification | |

Ticket Delivery: ⦿ Electronic Ticket   ◯ Paper Ticket
There is an extra cost applied for paper tickets. *Ticket Delivery address required on paper tickets.*

| | |
|---|---|
| Office Name | Boston ICE |
| Address | JFK Building |
| Address | |
| Suite | 1700 |
| City | Boston   State MA   Zip 02203 |

**Air Reservations**

| | Date | From: City/Airport | To: City/Airport | Departure Time | Arriv |
|---|---|---|---|---|---|
| 1 | 08/25/2004 | Boston | Tegulcigalpa, Hondura | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

**Special Meals:** ◯ Yes  ◯ No   Specify Meal

**Seat Assignment** ◯ Aisle  ◯ Win

**Additional Information and Comments**

Reset    **Send to Omega servicing district:** Boston