AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____   District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JUAN RIVERA ALVARADO

**WARRANT FOR ARREST**

Case Number:   04-10197-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JUAN RIVERA ALVARADO _____
   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

In Re : Conditions of Release

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn Jr.
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_Thomas F. Quinn_ (signature)
Signature of Issuing Officer

August 24, 2004
Date and Location

Bail fixed at $ _____ by _____
   Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |