UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10197-MLW

UNITED STATES OF AMERICA

v.

JUAN RIVERA-ALVARADO

FINAL STATUS REPORT

September 14, 2004

COHEN, M.J.

After hearing, it being reported that the above-named defendant, after having been released on conditions by another judge of this court, was taken into custody by ICE, and then deported. The government has not yet determined whether it will move to dismiss.[1]

The file is accordingly ordered returned to the district judge to whom this case is assigned for such action deemed appropriate.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] At the initial status conference, counsel for the defendant requested additional time within which to file a motion to dismiss. That request was granted. In the event that the defendant should reappear within the jurisdiction, and this case is moved forward, counsel for the defendant has been allowed additional time to file a motion to dismiss, since it would serve no purpose to require counsel to do so at this time.