UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )    CRIMINAL ACTION:04-10197-MLW
                         )
JUAN RIVERA ALVARADO     )

*[handwritten: FILED, 2004 OCT 15 P 12:32, DISTRICT COURT OF MASS, Dep. Clerk, KBo'clock Time incorrect, 10:53 A.M.]*

## DISMISSAL OF INDICTMENT

The United States of America, pursuant to Rule 48(a) of the
Federal Rules of Criminal Procedure, hereby dismisses without
prejudice the indictment against JUAN RIVERA ALVARADO.

As grounds for the dismissal, the undersigned states the
following:

The Defendant was indicted on July 7, 2004 for violations of
8 U.S.C. §1326(a) (illegal re-entry by deported alien) and 18
U.S.C. §1028(a)(6)(possession of fraudulent identification
documents).  The government moved for detention of the defendant
pursuant to 18 U.S.C. §3142(f)(2)(a). The government advised that
the Defendant would be subject to deportation if released and
that his deportation would result in his unavailability for
prosecution and trial.  However, the Magistrate Judge released
the defendant.

After the Defendant's release from Marshal's custody, the
Defendant was subject to a detainer from Immigration and Customs
Enforcement. Defendant, having been previously deported, was
subject to reinstatement of his prior removal order.

On September 10, 2004, the defendant was deported from the United States pursuant to the Warrant of Deportation and is not available for his trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

October   , 2004
Leave To File Granted:

MARK L. WOLF
United States District Judge
Date: _____

## CERTIFICATE OF SERVICE

I, Nadine Pellegrini, hereby certify that I have this 15th day of October, 2004, served by electronically filing a copy of the foregoing on counsel for the defendant, Charles Rankin, Esq. Rankin & Sultan, Boston, MA.

Nadine Pellegrini
Assistant U.S. Attorney